# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATE OF AMERICA,

vs.                                             1:09-CR-37-SPM/AK

SAMIM ANGHAIE, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court on witness Hamid Anghaie's Motion for Protective Order (doc. 89), which has been adopted by witness Ali Anghaie. Pursuant to the Court's Order (doc. 93), the attorneys for the Government and witnesses conferred regarding anticipated dates for the witnesses to testify at trial in this matter. Upon consideration, it is hereby ORDERED AND ADJUDGED as follows:

1. Hamid Anghaie must be present at trial and available to testify from 1:00 p.m. on Wednesday, February 9, 2011, through Monday, February 14, 2011. Ali Anghaie must be present at trial and available to testify from 2:00 p.m. on Tuesday, February 8, 2011, through Tuesday, February 15, 2011.

2. Should a witness no longer be expected to testify on any of the scheduled dates, the Government's attorney shall notify the witness's attorney as soon as possible of the change in schedule.

3. The witness's attorney will ensure the presence of the witness at trial

as scheduled.

**DONE AND ORDERED** this eighth day of February, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge