**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    CASE NO.  1:09 cr 37 SPM/GRJ

**SAMIM ANGHAIE**
and
**SOUSAN ANGHAIE**
_____/

## GOVERNMENT'S OBJECTION TO CONTINUANCE

THE UNITED STATES, through the undersigned Assistant United States Attorney, files this objection to the motion of the defendants to continue the sentencing in this matter.  Each party was advised by the Court of the sentencing date at the time the Pre-Sentence Report was ordered.  The defendants have had ample time to prepare for a sentencing hearing without the need for further delay.

The "complexity" of the indictment is overstated.  The indictment presented a chronological set of facts that can be followed without difficulty.  Additionally the issues within the indictment have been subject to previous motions for judgment of acquittal, motions for new trial, motions for acquittal notwithstanding the verdicts, and forfeiture hearings.  There is no objective reason for a continuation on the grounds raised by the defendants.

WHEREFORE the United States files this objection to the motion of the defendants and requests the Court reject the defendants motion and proceed to sentencing as scheduled.

    Respectfully Submitted,

    PAMELA C. MARSH
    United States Attorney

    *s/ GREGORY P. McMAHON*
    GREGORY P. McMAHON
    Assistant United States Attorney
    300 E. University Avenue, Ste. 310
    Gainesville, Florida 32601
    (352) 378-0996
    Florida Bar Number 178110

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been provided to: Lloyd L. Vipperman, Esq., Counsel for defendant Samim Anghaie, and Stephen N. Bernstein, Esq., Counsel for defendant Sousan Anghaie, by electronic filing this 10th day of June 2011.

    *s/ GREGORY P. McMAHON*
    GREGORY P. McMAHON
    Assistant United States Attorney